# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–mj–07004–JCB</u>–1

Case title: USA v. Ianni

Date Filed: 01/19/2021
Date Terminated: 01/22/2021

Assigned to: Magistrate Judge
Jennifer C. Boal

**Defendant (1)**

| | | |
|---|---|---|
| **Suzanne Ianni** <br> *TERMINATED: 01/22/2021* <br> *also known as* <br> Sue Ianni <br> *TERMINATED: 01/22/2021* | represented by | **Charles Henry Fasoldt** <br> C. Henry Fasoldt, Attorney At Law <br> Suite 302 <br> 185 Devonshire Street <br> Boston, MA 02110 <br> 617–338–0009 <br> Email: <u>henry@bostondefenselaw.com</u> <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Waived or Self (Pro Se)* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| **Count One** 18 U.S.C. § 1752 (a)(1) and (2) – Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority. | |

**Count Two** 40 U.S.C. §
5104(e)(2)(D) – Disorderly
Conduct on Capitol Grounds.

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William F. Bloomer** |
| | | United States Attorney's Office MA |
| | | 1 Courthouse Way |
| | | Suite 9200 |
| | | Boston, MA 02210 |
| | | 617–748–3644 |
| | | Fax: 617–748–3965 |
| | | Email: william.bloomer@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/19/2021 | 1 | 4 | ELECTRONIC NOTICE of Case Assignment as to Suzanne Ianni; Magistrate Judge Jennifer C. Boal assigned to case. (Finn, Mary) (Entered: 01/19/2021) |
| 01/19/2021 | | 5 | Arrest (Rule 5) of Suzanne Ianni (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 2 | 6 | Rule 5(c)(3) Documents Received as to Suzanne Ianni (Attachments: # 1 Complaint, # 2 Affidavit, # 3 Order) (York, Steve) (Main Document 2 replaced on 1/19/2021) (York, Steve). (Entered: 01/19/2021) |
| 01/19/2021 | 3 | 14 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Suzanne Ianni. |
| | | | The Initial Appearance – Rule 5 is Set set for January 19, 2021 at 2:30 p.m. by Remote Proceeding : Boston before Magistrate Judge Jennifer C. Boal. |
| | | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |
| | | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | | (York, Steve) (Entered: 01/19/2021) |

| 01/19/2021 | 4 | 16 | NOTICE OF ATTORNEY APPEARANCE: Charles Henry Fasoldt appearing for Suzanne Ianni. Type of Appearance: Retained. (Fasoldt, Charles) (Entered: 01/19/2021) |
|---|---|---|---|
| 01/19/2021 | 5 | 17 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal: Initial Appearance in Rule 5(c)(3) Proceedings as to Suzanne Ianni held on 1/19/2021. <br><br> This hearing was held remotely by videoconference. The Court conducted a colloquy with the defendant as to her rights regarding appearing in person for this hearing. The defendant waives her rights to appear in person for this hearing and agrees to proceed with this hearing by video conference. The Court finds that defendant Suzanne Ianni has made a knowing and voluntary waiver of her rights to appear in person for this hearing. The Court further find that requiring the defendant and the parties to appear in person would further jeopardize the public's health and safety. The Court also finds that further delay in this case would seriously jeopardize the interest of Justice. The Court accepts the defendant's waiver to appear by video conference. The Court advised the defendant of her rights and the charges against her. The defendant retained counsel. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The parties addressed the proposed conditions of release. The Court informed the defendant of her conditions of release. The defendant waives his rights to an Identity Hearing. The defendant also waived his right to a probable Cause Hearing in this district rather requesting to have the probable cause hearing held in the charging district. A rule 20 colloquy was given. A rule 5 affidavit was submitted. The Court finds that defendant Suzanne Ianni is the named person in the charging complaint. The Court released the defendant on conditions. The order of removal will be issued. <br><br> (Attorneys present: Bloomer for the government; Fasoldt for the defendant; Dailey for probation.) Court Reporter Name and Contact or digital recording information: Joan Daly at joanmdaly62@gmail.com. (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 6 | 19 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER Setting Conditions of Release as to Suzanne Ianni. (York, Steve) (Entered: 01/19/2021) |
| 01/19/2021 | 7 | 22 | WAIVER of Rule 5 and 5.1 Hearings by Suzanne Ianni (York, Steve) (Entered: 01/20/2021) |
| 01/20/2021 | 8 | 23 | RULE 5 AFFIDAVIT by USA as to Suzanne Ianni by Affiant Brian Thomas Gutierrez (York, Steve) (Entered: 01/20/2021) |
| 01/22/2021 | 9 | 25 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER PURSUANT TO RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE. (York, Steve) (Entered: 01/22/2021) |
| 01/22/2021 | 10 | 26 | Magistrate Judge Jennifer C. Boal: ORDER entered. ORDER OF REMOVAL to District of District of Columbia as to Suzanne Ianni (York, Steve) (Entered: 01/22/2021) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: William F. Bloomer (caseview.ecf@usdoj.gov, laura.graham@usdoj.gov,
patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov,
usama.ecf@usdoj.gov, william.bloomer@usdoj.gov), Charles Henry Fasoldt
(henry@bostondefenselaw.com), Magistrate Judge Jennifer C. Boal
(dustin_lee@mad.uscourts.gov, jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants: ad hoc (steve_york@mad.uscourts.gov)
--No Notice Sent:

Message-Id:9128665@mad.uscourts.gov
Subject:Activity in Case 1:21-mj-07004-JCB USA v. Ianni Case Assigned/Reassigned
Content-Type: text/html
```

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 10:21 AM EST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Ianni |
| **Case Number:** | 1:21–mj–07004–JCB |
| **Filer:** | |
| **Document Number:** | 1(No document attached) |

**Docket Text:**
 **ELECTRONIC NOTICE of Case Assignment as to Suzanne Ianni; Magistrate Judge Jennifer C. Boal assigned to case. (Finn, Mary)**

**1:21–mj–07004–JCB–1 Notice has been electronically mailed to:**

William F. Bloomer   william.bloomer@usdoj.gov, CaseView.ECF@usdoj.gov, Laura.Graham@usdoj.gov, patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov, usama.ecf@usdoj.gov

**1:21–mj–07004–JCB–1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: William F. Bloomer (caseview.ecf@usdoj.gov, laura.graham@usdoj.gov,
patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov,
usama.ecf@usdoj.gov, william.bloomer@usdoj.gov), Charles Henry Fasoldt
(henry@bostondefenselaw.com), Magistrate Judge Jennifer C. Boal
(dustin_lee@mad.uscourts.gov, jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:9128695@mad.uscourts.gov
Subject:Activity in Case 1:21-mj-07004-JCB USA v. Ianni Arrest - Rule 5
```
Content−Type: text/html

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 10:30 AM EST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Ianni |
| **Case Number:** | 1:21−mj−07004−JCB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Suzanne Ianni (York, Steve)**


**1:21−mj−07004−JCB−1 Notice has been electronically mailed to:**

William F. Bloomer     william.bloomer@usdoj.gov, CaseView.ECF@usdoj.gov, Laura.Graham@usdoj.gov, patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov, usama.ecf@usdoj.gov

Charles Henry Fasoldt     henry@bostondefenselaw.com

**1:21−mj−07004−JCB−1 Notice will not be electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-mj-109 |
| Suzanne Ianni | ) | |
| aka Sue Ianni | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    Suzanne Ianni                                                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment          ❏ Superseding Indictment          ❏ Information          ❏ Superseding Information          ☑ Complaint
❏ Probation Violation Petition          ❏ Supervised Release Violation Petition          ❏ Violation Notice          ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds

Date:      01/18/2021                                              Robin M. Meriweather   Digitally signed by Robin M. Meriweather
                                                                                                          Date: 2021.01.18 16:21:37 -05'00'
                                                                                        _Issuing officer's signature_

City and state:      Washington, D.C.                              Robin M. Meriweather, United States Magistrate Judge
                                                                                        _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . <br><br> Date: _____          _____ <br> _Arresting officer's signature_ <br><br> _____ <br> _Printed name and title_ |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  21-mj-109 |
| Suzanne Ianni | ) | |
| aka Sue Ianni | ) | |
| | ) | |
| D.O.B.  1961 | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Brian Gutierrez*

*Complainant's signature*

Brian Gutierrez, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Robin M. Meriweather

Digitally signed by Robin M.
Meriweather
Date: 2021.01.18 16:32:03 -05'00'

Date:  _____01/18/2021_____

*Judge's signature*

Robin M. Meriweather

City and state:  _____Washington, D.C._____

United States Magistrate Judge

*Printed name and title*

# STATEMENT OF FACTS

Your affiant is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Boston Division, in Boston, Massachusetts. I have been employed in this capacity since October 27, 2019. I am currently assigned to the Domestic Terrorism squad of the FBI's Boston Division. As an FBI Agent, I am responsible for the investigation of federal criminal offenses. I have participated in various investigations involving national security matters. I routinely work with agents, troopers, and officers with dozens of years of experience investigating crimes involving organized criminal groups and terrorist organizations. Before being employed as an FBI Agent, I served as a U.S. Customs and Border Protection Officer for over four years. I am assisting in the investigation and prosecution of events that occurred at the U.S. Capitol on January 6, 2021.

The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking

windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the U.S. Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

During national news coverage of the aforementioned events, video footage, which appeared to be captured on mobile devices of persons present on the scene, depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Open source information revealed that an individual named Suzanne "Sue" Ianni ("IANNI") is actively involved with an organization called "Super Happy Fun America." This organization, on its own website at superhappyfunamerica.com, purports to be an advocate for the "straight community," bearing the motto, "It's Great to be Straight."

Law enforcement identified a Twitter account connected to Super Happy Fun America.  A review of this account, located a post from December 29, 2020, stating that "SHFA will be in DC once again on January 6th to get wild."  The account, thereafter, posted a picture on January 5, 2021, at 8:53 p.m. of IANNI on a bus with other individuals putting their thumbs up.  The caption reads, "Bus 1 of 11 coming to Washington DC.  See you there!"  From my review of publicly available information, I know that IANNI is the woman on the left side of the picture, wearing a blue sweater.  I also know that an individual identified herein as "Known Person 1" is the man wearing a grey shirt with a black and white collar standing next to IANNI in the photograph.



Open source information further uncovered that IANNI organized the buses for Super Happy Fun America to transport individuals to Washington, D.C. for the January 6, 2021 event. Specifically, IANNI spoke to a local news station and was interviewed for a public article stating that she was the "lead organizer of the 11 buses that left Massachusetts on Tuesday for the ride to Washington." The article continues that "[a]bout 300 members of Super Happy Fun America filled six of the buses." Notably, in this article, IANNI declined to comment on whether she entered the U.S. Capitol.

As part of this investigation, law enforcement also located a Facebook post from account "New England for Trump" from January 4, 2021, explaining that Super Happy Fun America was sponsoring a road trip to Washington D.C. to arrive "prior to a Joint Session of Congress with state electors on January 6th." IANNI is listed as the contact person to sign up for the bus transportation, and her phone number is provided on the post.

Following the invasion of the Capitol, private individuals and the media began posting and identifying people who were at the riot and entered the Capitol building. One such photograph shows, who I know to be, IANNI and Known Person 1 standing together in the Capitol during the invasion. The photograph appeared on a number of public forums as individuals worked successfully to identify IANNI through other pictures and information.

This identification was also reported in the MetroWest Daily News on January 11, 2021, which placed Known Person 1 and IANNI in the below photo. Based on my training and personal experience, I know this photo was taken inside the Capitol building based on the background and, specifically, the decorative elements on the walls behind IANNI. Based on my review of the evidence and law enforcement data to include government photographs of IANNI, I can corroborate MetroWest's identification, locating IANNI pictured in the Capitol building in a blue jacket with her fist raised in the photo below:



The article also identified Known Person 1 and IANNI together in a photograph outside the Capitol, further confirming that the two individuals traveled through D.C. together.



Based on the foregoing, your affiant submits that there is probable cause to believe that IANNI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise

restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that IANNI violated 40 U.S.C. § 5104(e)(2)(D), which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

BRIAN GUTIERREZ
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of January 2021.

Robin M.
Meriweather

Digitally signed by Robin
M. Meriweather
Date: 2021.01.18 16:24:16
-05'00'

Robin M. Meriweather
U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No:** 21-mj-109 |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **SUZANNE IANNI,** | : | |
| **aka SUE IANNI** | : | **18 U.S.C. § 1752(a),** |
| | : | **(Restricted Building or Grounds)** |
| **Defendant.** | : | |
| | : | **40 U.S.C. § 5104(e)(2)** |
| | : | **(Violent Entry or Disorderly Conduct)** |

## <u>ORDER</u>

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:25:09 -05'00'

Robin M. Meriweather
UNITED STATES MAGISTRATE JUDGE

1

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: William F. Bloomer (caseview.ecf@usdoj.gov, laura.graham@usdoj.gov,
patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov,
usama.ecf@usdoj.gov, william.bloomer@usdoj.gov), Charles Henry Fasoldt
(henry@bostondefenselaw.com), Magistrate Judge Jennifer C. Boal
(dustin_lee@mad.uscourts.gov, jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants: Media Account (media@mad.uscourts.gov)
--No Notice Sent:

Message-Id:9128955@mad.uscourts.gov
Subject:Activity in Case 1:21-mj-07004-JCB USA v. Ianni Notice of Hearing for Initial
Appearance
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 11:20 AM EST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Ianni |
| **Case Number:** | 1:21-mj-07004-JCB |
| **Filer:** | |
| **Document Number:** | 3(No document attached) |

**Docket Text:**
**ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Suzanne Ianni.**

The Initial Appearance – Rule 5 is Set set for January 19, 2021 at 2:30 p.m. by Remote Proceeding : Boston before Magistrate Judge Jennifer C. Boal.

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(York, Steve)
**1:21-mj-07004-JCB-1 Notice has been electronically mailed to:**

William F. Bloomer     william.bloomer@usdoj.gov, CaseView.ECF@usdoj.gov, Laura.Graham@usdoj.gov, patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov, usama.ecf@usdoj.gov

Charles Henry Fasoldt     henry@bostondefenselaw.com

**1:21−mj−07004−JCB−1 Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 20-mj-7004-JCB |
| | ) | |
| SUZANNE IANNI, | ) | |
| Defendant | ) | |

## NOTICE OF LIMITED APPEARANCE

I, the undersigned, hereby enter my appearance on behalf of the defendant, Suzanne Ianni, in the above captioned matter. My appearance is limited to the matters pending before the District of Massachusetts.

Respectfully submitted,
Suzanne Ianni,
By his/her attorney,

Date: January 19, 2021

/s/ *Henry Fasoldt*
C. Henry Fasoldt, BBO # 667422
Attorney at Law
185 Devonshire Street, Ste. 302
Boston, MA 02110
henry@bostondefenselaw.com
617-338-0009 – office

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, January 19, 2021.

/s/ *Henry Fasoldt*

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: William F. Bloomer (caseview.ecf@usdoj.gov, laura.graham@usdoj.gov,
patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov,
usama.ecf@usdoj.gov, william.bloomer@usdoj.gov), Charles Henry Fasoldt
(henry@bostondefenselaw.com), Magistrate Judge Jennifer C. Boal
(dustin_lee@mad.uscourts.gov, jennifer_boal@mad.uscourts.gov, steve_york@mad.uscourts.gov)
--Non Case Participants: Zoe M. Tillman (zoe.tillman@buzzfeed.com)
--No Notice Sent:

Message-Id:9130600@mad.uscourts.gov
Subject:Activity in Case 1:21-mj-07004-JCB USA v. Ianni Initial Appearance - Rule 5(c)(3)
Content-Type: text/html
```

## United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 1/19/2021 at 7:00 PM EST and filed on 1/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Ianni |
| **Case Number:** | 1:21-mj-07004-JCB |
| **Filer:** | |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
 **Electronic Clerk's Notes for proceedings held before Magistrate Judge Jennifer C. Boal:
Initial Appearance in Rule 5(c)(3) Proceedings as to Suzanne Ianni held on 1/19/2021.**

This hearing was held remotely by videoconference. The Court conducted a colloquy with the defendant as to her rights regarding appearing in person for this hearing. The defendant waives her rights to appear in person for this hearing and agrees to proceed with this hearing by video conference. The Court finds that defendant Suzanne Ianni has made a knowing and voluntary waiver of her rights to appear in person for this hearing. The Court further find that requiring the defendant and the parties to appear in person would further jeopardize the public's health and safety. The Court also finds that further delay in this case would seriously jeopardize the interest of Justice. The Court accepts the defendant's waiver to appear by video conference. The Court advised the defendant of her rights and the charges against her. The defendant retained counsel. The government stated the maximum penalties and did not seek detention but rather moved for release on conditions. The parties addressed the proposed conditions of release. The Court informed the defendant of her conditions of release. The defendant waives his rights to an Identity Hearing. The defendant also waived his right to a probable Cause Hearing in this district rather requesting to have the probable cause hearing held in the charging district. A rule 20 colloquy was given. A rule 5 affidavit was submitted. The Court finds that defendant Suzanne Ianni is the named person in the charging complaint. The Court released the defendant on conditions. The order of removal will be issued.

(Attorneys present: Bloomer for the government; Fasoldt for the defendant; Dailey for probation.) Court Reporter Name and Contact or digital recording information: Joan Daly at joanmdaly62@gmail.com. (York, Steve)
**1:21-mj-07004-JCB-1 Notice has been electronically mailed to:**

William F. Bloomer    william.bloomer@usdoj.gov, CaseView.ECF@usdoj.gov, Laura.Graham@usdoj.gov, patricia.carlozzi@usdoj.gov, sandy.cheung@usdoj.gov, sylvia.cooper@usdoj.gov, usama.ecf@usdoj.gov

Charles Henry Fasoldt    henry@bostondefenselaw.com

**1:21–mj–07004–JCB–1 Notice will not be electronically mailed to:**

AO 199A (Rev. 12/11) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Suzanne Ianni | ) | Case No.   1:21-mj-07004-JCB-1 |
| | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

*Place*

on _____

*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/11)  Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                          Custodian                                                   Date

(✗)  (7)  The defendant must:
( ✗ )  (a)  submit to supervision by and report for supervision to the _____Probation/Pretrial Services as directed__,
telephone number _____ , no later than _____ .
( )  (b)  continue or actively seek employment.
( )  (c)  continue or start an education program.
( ✗ )  (d)  surrender any passport to:          The Office of Probation & Pretrial Services
( ✗ )  (e)  not obtain a passport or other international travel document.
( ✗ )  (f)  abide by the following restrictions on personal association, residence, or travel:  __Maintain residence and do not move without__
__prior permission. Travel is restricted to District of MA. Travel to Washington, D.C. for court purposes only.__
( ✗ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
including:  __related defendants, unless in the presence of counsel.  Government to provide a list of potential__
__victims and/or witnesses.__
( )  (h)  get medical or psychiatric treatment: _____
_____
( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____
_____
( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
necessary.
( ✗ )  (k)  not possess a firearm, destructive device, or other weapon.
( )  (l)  not use alcohol ( ) at all ( ) excessively.
( ✗ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
medical practitioner.
( )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
substance screening or testing.
( )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
supervising officer.
( )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( )  (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as
directed by the pretrial services office or supervising officer; or
( )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
approved in advance by the pretrial services office or supervising officer; or
( )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
court appearances or other activities specifically approved by the court.
( )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
requirements and instructions provided.
( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
supervising officer.
( ✗ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
arrests, questioning, or traffic stops.
( ✗ )  (s)  __Defendant is ordered to stay away from the Boston State House.  No unlawful entrance into a State or Federal__
__Building. Appear for an Initial Appearance Hearing at the date and time set by the District Court in D.C.__

Do not attend or organize any public demonstrations/rallies/protests without prior permission of U.S. Probation and
Pretrial Services.
Continue with mental health treatment and provide verification to U.S. Probation and Pretrial Services.

AO 199C  (Rev. 09/08) Advice of Penalties

Page ___3___ of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above. I acknowledge that a warrant for my arrest has been signed by an authorized judicial officer and is being held in abeyance. The warrant may be activated without notice to me if I abscond in violation of the conditions of my release on electronic monitoring.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___1/19/2021___

_____
*Judicial Officer's Signature*

Steve York    Deputy Clerk
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:21-mj-07004-JCB-1 |
| Suzanne Ianni | ) | |
| | ) | Charging District's Case No.   21-mj-109 |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     District of Columbia
_____ .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❏     an identity hearing and production of the warrant.

❏     a preliminary hearing.

❏     a detention hearing.

☑     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
      ☑ preliminary hearing and/or ❏ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      01/19/2021                                             Suzanne Ianni // CHF
      _____                            _____
                                                        *Defendant's signature*

                                                           Henry Fasoldt
                                                 _____
                                                    *Signature of defendant's attorney*

                                                         Charles Henry Fasoldt
                                                 _____
                                                   *Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                                 )
           v.                 )     CRIMINAL NO.  21-7004-JCB
                                 )
SUZANNE IANNI,             )
                                 )
     Defendant         )

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Brian Thomas Gutierrez, Special Agent, Federal Bureau of Investigation, do hereby make oath before the Honorable Jennifer C. Boal, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Suzanne Ianni on a criminal complaint issued by the United States District Court for the District of Columbia on January 18, 2021, charging the defendant with (1) knowingly entering or remaining in any restricted building or grounds without lawful authority to do; and knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engaging in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions, in violation of 18 U.S.C. §§ 1752(a); and (2) uttering loud, threatening, or abusive language, or engaging in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress, in violation of 40 U.S.C. § 5104(e)(2)(D). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the

information set out above.  A copy of said warrant is attached.

_Brian Gutierrez_

Brian Thomas Gutierrez
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this 20th day of January, 2021.

_Jennifer C. Boal_

Jennifer C. Boal
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO. 21-07004-JCB

UNITED STATES OF AMERICA

v.

SUZANNE IANNI

**ORDER PURSUANT TO**
**RULE 5 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

January 22, 2021

Boal, U.S.M.J.

Pursuant to the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020) and Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is reminded of its obligation to disclose in a timely manner all exculpatory evidence to the defendant, that is, all evidence that is favorable to the defendant or tends to cast doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.

___/ s / Jennifer C. Boal_____
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

Page **1** of **1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE NO. 21-07004

UNITED STATES OF AMERICA

v.

SUZANNE IANNI

**RULE 5 ORDER OF REMOVAL**

January 20, 2021

Boal, M.J.

Defendant Suzanne Ianni is charged in a complaint in the District of the District of Columbia (Case No. 21-mj-109 in the charging district) with knowingly entering or remaining in a restricted building or grounds without lawful authority in violation of 18 U.S.C. § 1752(a)(1) and (2) and disorderly conduct on Capitol grounds, in violation of 40 U.S.C. § 5104(e)(2)(D). At a January 19, 2021 initial appearance, I released the defendant on conditions.

The defendant waived an identity hearing. I find that the defendant is the person named in the warrant. The United States has produced a facsimile of the warrant. The defendant was informed of her rights pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

The defendant elected to waive her rights to a probable cause hearing in this District. The defendant reserved her right to a probable cause hearing in the District of Columbia.

WHEREFORE, the defendant is ORDERED removed to the District of the District of Columbia, and further, the defendant is ORDERED to appear before the United States District Court for that District whenever ordered to do so by that Court.

  /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge